| AO 10 Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) O'Toole, George A. | 2. Court or Organization U.S. District Court | 3. Date of Report 12/27/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address John Joseph Moakley United States Courthouse 1 Courthouse Way, Suite 7-130 Boston, MA 02210 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed marketing communications consultant |
| 2. | 2016 | Contract employee, Massachusetts Department of Public Health |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 4/1/2015-4/2-2015 | New York, NY | Dinner in Honor of Federal Judiciay | Travel and lodging |
| 2. | James Wilson Institute | 11/4/2016-11/6/2016 | Washington, DC | Academic seminar | Travel and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories | A | Dividend | | | Sold (part) | 01/19/16 | J | A | |
| 2. | | | | | Sold (part) | 03/11/16 | J | A | |
| 3. | | | | | Sold | 04/29/16 | J | A | |
| 4. Abbvie Inc. | A | Dividend | J | T | | | | | |
| 5. Accenture PLC Ireland Cl A | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 6. Ace Ltd. | | None | | | Merged (with line 75) | 01/14/16 | J | | See Part VIII, note 2. |
| 7. Adient Plc | | None | | | Sold | 11/01/16 | J | | See Part VIII note 3. |
| 8. Adobe Systems | | None | J | T | | | | | |
| 9. ADT Corp. | A | Dividend | | | Sold | 02/16/16 | J | A | |
| 10. Align Technology | | None | J | T | Buy | 03/01/16 | J | | |
| 11. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 12. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 13. Allergan | | None | J | T | Buy (add'l) | 04/19/16 | J | | |
| 14. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 15. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 16. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 17. Alphabet Inc. Cl A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alphabet Inc. Cl C | | None | J | T | | | | | |
| 19. Altria Group | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | |
| 20. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 21. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 22. AMC Networks | | None | J | T | Buy (add'l) | 04/19/16 | J | | |
| 23. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 24. American Cap World Gr & Inc F2 | A | Dividend | J | T | Buy (add'l) | 10/04/16 | J | | |
| 25. American Tax Exempt Bd F2 | B | Interest | | | Sold | 12/20/16 | L | | |
| 26. Anadarko Petroleum | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | |
| 27. | | | | | Buy (add'l) | 01/12/16 | J | | |
| 28. | | | | | Sold (part) | 06/01/16 | J | | |
| 29. Apple common | A | Dividend | J | T | Sold (part) | 11/07/16 | J | A | |
| 30. AT&T | A | Dividend | J | T | Sold (part) | 02/17/16 | J | A | |
| 31. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 32. Autodesk Inc. | | None | J | T | | | | | |
| 33. Automatic Data Processing | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 34. | | | | | Buy (add'l) | 12/09/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 36. Bank of America deposit accounts | A | Interest | J | T | | | | | |
| 37. Berkshire Hathaway Cl B | | None | J | T | Buy | 02/03/16 | J | | |
| 38. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 39. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 40. Biogen | | None | J | T | Buy (add'l) | 02/03/16 | J | | |
| 41. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 42. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 43. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 44. Blackrock Global Allocation | A | Dividend | | | Buy (add'l) | 01/11/16 | J | | |
| 45. | | | | | Sold | 12/20/16 | K | | |
| 46. Blackrock Glbl Long/Short (BDMIX) | | None | | | Sold | 05/23/16 | J | | |
| 47. Blackrock High Yield Fund | A | Dividend | J | T | Buy (add'l) | 04/19/16 | J | | |
| 48. | | | | | Sold (part) | 10/31/16 | J | | |
| 49. Blackrock Low Dur Bd Inv Inst | A | Dividend | K | T | | | | | |
| 50. Blackrock Multi-Asset | A | Dividend | J | T | Buy (add'l) | 10/04/16 | J | | |
| 51. Blackrock Inc. | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Boeing | A | Dividend | | | Sold | 05/05/16 | J | | |
| 53. Bristol Myers Squibb | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 54. Broadcom | A | Dividend | J | T | Sold (part) | 06/01/16 | J | A | |
| 55. C A Inc. | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 56. Calamos Market Neutral Inc I | A | Dividend | K | T | | | | | |
| 57. Carnival CP New Paired | A | Dividend | J | T | Sold (part) | 03/24/16 | J | A | |
| 58. | | | | | Buy (add'l) | 09/21/16 | J | | |
| 59. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 60. Causeway Intl Value (CIVIX) | | None | | | Buy (add'l) | 04/19/16 | J | | |
| 61. | | | | | Sold | 10/31/16 | L | | |
| 62. Celgene | | None | J | T | Buy (add'l) | 01/19/16 | J | | |
| 63. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 64. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 65. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 66. CF Industries common | A | Dividend | | | Sold | 11/01/16 | J | B | |
| 67. Center Coast MLP Focus | B | Dividend | K | T | Buy (add'l) | 04/19/16 | J | | |
| 68. Chevron common | A | Dividend | J | T | Sold (part) | 03/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 70. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 71. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 72. | | | | | Sold (part) | 12/06/16 | J | A | |
| 73. | | | | | Sold (part) | 12/16/16 | J | A | |
| 74. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 75. Chubb Ltd | | None | J | T | Sold (part) | 03/22/16 | J | A | See Part VIII, note 2. |
| 76. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 77. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 78. Cincinnati Financial Ohio | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 79. Cisco Systems | A | Dividend | J | T | Buy (add'l) | 12/16/16 | J | | |
| 80. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 81. Citrix Systems Inc. | | None | J | T | Sold (part) | 06/01/16 | J | A | |
| 82. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 83. Clearbridge Aggessive Growth (SAGYX) | A | Dividend | J | T | | | | | |
| 84. Coca Cola Co. | A | Dividend | J | T | Buy (add'l) | 03/24/16 | J | | |
| 85. | | | | | Buy (add'l) | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cogate Palmolive | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 87. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 88. Columbia Acorn Z (ACRNX) | | None | | | Buy (add'l) | 04/19/16 | J | | |
| 89. | | | | | Sold | 06/01/16 | L | | |
| 90. Comcasst (New) Cl A | A | Dividend | J | T | Sold (part) | 06/01/16 | J | A | |
| 91. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 92. Communications Sales & Leasing | | None | | | Sold | 02/01/16 | J | | |
| 93. Conoco Phillips | | None | | | Sold | 02/09/16 | J | | |
| 94. Cree Research | | None | J | T | Sold (part) | 06/01/16 | J | | |
| 95. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 96. Cullen Frost Bankers | | None | | | Sold (part) | 01/05/16 | J | | |
| 97. | | | | | Sold | 01/06/16 | J | | |
| 98. CVS Health Corp | A | Dividend | J | T | Sold (part) | 12/20/16 | J | B | |
| 99. Delaware Value CL Inst | A | Dividend | J | T | Buy (add'l) | 02/02/16 | J | | |
| 100. Dell Technologies | | None | | | Redeemed | 09/22/16 | J | A | See Part VIII, note 4. |
| 101. Deutsche X-Trqackers MSCI EAF | A | Dividend | | | Buy (add'l) | 04/19/16 | J | | |
| 102. | | | | | Sold | 10/31/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Diageo ADR | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 104. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 105. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 106. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 107. Discover Financial | A | Dividend | J | T | Buy (add'l) | 07/01/16 | J | | |
| 108. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 109. | | | | | Sold (part) | 11/16/16 | J | A | |
| 110. Discovery Communications Ser.A | | None | J | T | Buy (add'l) | 10/31/16 | J | | |
| 111. Dolby Cl A | A | Dividend | J | T | Sold (part) | 06/01/16 | J | A | |
| 112. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 113. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | | | | | |
| 114. Dollar General Corp. | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 115. | | | | | Buy (add'l) | 10/10/16 | J | | |
| 116. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 117. Dominion Resources | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 118. DoubleLine Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/12/16 | J | | |
| 119. Driehaus Emrg Mkts | | | | | | | | | See Part VIII, note 5. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Duke Energy | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 121. Eaton Vance Floating Rate (EIBLX) | A | Dividend | | | Sold | 03/03/16 | J | | |
| 122. Eli Lilly | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 123. Enterprise Bank & Trust Co. common | C | Dividend | M | T | | | | | |
| 124. EMC Corp. common | A | Dividend | | | Redeemed | 09/22/16 | J | A | See Part VIII, note 4. |
| 125. Extra Space Storage | A | Dividend | J | T | Buy | 07/14/16 | J | | |
| 126. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 127. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 128. Exxon Mobile common | A | Dividend | K | T | | | | | |
| 129. Facebook Cl A | | None | J | T | Buy (add'l) | 05/03/16 | J | | |
| 130. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 131. Fastenal | A | Dividend | | | Sold (part) | 07/26/16 | J | A | |
| 132. | | | | | Sold (part) | 07/27/16 | J | A | |
| 133. | | | | | Sold | 09/14/16 | J | | |
| 134. Fidelity National Information Services | A | Dividend | J | T | Buy (add'l) | 03/10/16 | J | | |
| 135. | | | | | Sold (part) | 06/01/16 | J | A | |
| 136. | | | | | Buy (add'l) | 10/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 138. Fluor Corp | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 139. Freeport-McMoran | | None | J | T | Buy (add'l) | 01/11/16 | J | | |
| 140. | | | | | Buy (add'l) | 01/12/16 | J | | |
| 141. | | | | | Sold (part) | 06/01/16 | J | | |
| 142. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 143. Gartner Inc. | | None | J | T | | | | | |
| 144. General Dynamics | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 145. General Electric | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 146. General Mills | A | Dividend | J | T | Buy | 03/24/16 | J | | |
| 147. | | | | | Buy (add'l) | 03/28/16 | J | | |
| 148. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 149. General Motors | A | Dividend | J | T | Buy (add'l) | 07/01/16 | J | | |
| 150. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 151. H&R Block | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | |
| 152. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 153. Harding Loevner Intl Equity | B | Dividend | M | T | Buy (add'l) | 04/19/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 155. | | | | | Buy (add'l) | 10/31/16 | M | | |
| 156. Hasbro, Inc. | A | Dividend | J | T | Sold (part) | 06/24/16 | J | A | |
| 157. | | | | | Sold (part) | 06/27/16 | J | A | |
| 158. | | | | | Sold (part) | 06/28/16 | J | A | |
| 159. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 160. Honeywell | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 161. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 162. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 163. Immunogen | | None | J | T | Buy (add'l) | 06/01/16 | J | | |
| 164. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 165. Ingersoll-Rand | A | Dividend | J | T | Buy | 09/27/16 | J | | |
| 166. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 167. Intel | A | Dividend | J | T | Sold (part) | 03/31/16 | J | A | |
| 168. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 169. Invesco Premier Inst | A | Dividend | J | T | | | | | |
| 170. Ionis Pharmaceuticals | | None | J | T | Buy (add'l) | 02/24/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 02/25/16 | J | | |
| 172. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 173. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 174. IQ Hedge Multi-Strat Tracker | | None | K | T | | | | | |
| 175. iShares Core US Aggregate (AGG) | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 176. iShares 1-3 Treasury (SHY) | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 177. Johnson & Johnson common | A | Dividend | J | T | Sold (part) | 07/01/16 | J | A | |
| 178. Johnson Controls | | None | J | T | Buy | 10/31/16 | J | | |
| 179. JP Morgan Chase | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 180. | | | | | Sold (part) | 12/16/16 | J | A | |
| 181. Kinder Morgan | A | Dividend | J | T | Sold (part) | 04/20/16 | J | A | |
| 182. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 183. L-3 Communications Holding | A | Dividend | J | T | Sold (part) | 06/01/16 | J | A | |
| 184. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 185. Liberty Broadband S-A | | None | J | T | | | | | |
| 186. Liberty Broadband S-C | | None | J | T | | | | | |
| 187. Liberty Interactive | | None | J | T | Buy (add'l) | 06/01/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 189. Liberty Interactive QVC A | | None | J | T | | | | | |
| 190. Liberty Media Ccorp A | | None | J | T | Sold (part) | 04/18/16 | J | | |
| 191. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 192. Liberty Media Corp C | | None | J | T | Sold (part) | 06/14/16 | J | A | |
| 193. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 194. Lockheed Martin | A | Dividend | J | T | Buy | 05/06/16 | J | | |
| 195. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 196. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 197. Loomis Sayles Core Plus | A | Dividend | | | Sold (part) | 02/12/16 | J | | |
| 198. | | | | | Sold | 03/02/16 | J | | |
| 199. Lord Abbett Sht Duration Inc (LDLFX) | A | Dividend | K | T | Sold (part) | 10/31/16 | J | | |
| 200. Lowes Companies | A | Distribution | J | T | Buy (add'l) | 02/17/16 | J | | |
| 201. | | | | | Sold (part) | 07/18/16 | J | A | |
| 202. | | | | | Sold (part) | 07/19/16 | J | A | |
| 203. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 204. | | | | | Buy (add'l) | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Macy's Inc. | A | Dividend | | | Sold | 07/08/16 | J | | |
| 206. Manulife Financial common | A | Dividend | K | T | | | | | |
| 207. Marsh & McLennan | A | Dividend | J | T | | | | | |
| 208. Mastercaard , Inc. Cl A | A | Dividend | J | T | | | | | |
| 209. Merger Fund | A | Dividend | J | T | | | | | See Part VIII, note 5. |
| 210. Medtronic | A | Dividend | J | T | | | | | |
| 211. Merck & Co. | A | Dividend | J | T | Buy | 01/07/16 | J | | |
| 212. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 213. Metropolitan West Tot Ret Bd I (MWTIX) | B | Dividend | L | T | Buy (add'l) | 10/31/16 | J | | See Part VIII, note 6. |
| 214. Microsoft common | A | Dividend | J | T | Buy (add'l) | 06/28/16 | J | | |
| 215. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 216. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 217. Mondelez Intl Inc. | A | Dividend | J | T | Buy (add'l) | 01/07/16 | J | | |
| 218. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 219. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 220. Monsanto New | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 221. Morgan Stanley Bank cash/MM account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 26

Name of Person Reporting

O'Toole, George A.

Date of Report

12/27/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. National Oilwell Varco | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | |
| 223. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 224. Nestle Spon ADR | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 225. Newmarket Corp (Holding) | A | Dividend | J | T | | | | | |
| 226. Nextera Energy | A | Dividend | J | T | | | | | |
| 227. Nielsen Holdings PLC | A | Dividend | J | T | Buy (add'l) | 01/22/16 | J | | |
| 228. | | | | | Sold (part) | 03/10/16 | J | A | |
| 229. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 230. Nike Inc. B | A | Dividend | J | T | | | | | |
| 231. Norfolk Southern | A | Dividend | J | T | Sold (part) | 07/18/16 | J | A | |
| 232. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 233. Novo-Nordisk ADR | A | Dividend | J | T | Sold (part) | 01/12/16 | J | A | |
| 234. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 235. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 236. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 237. Now Inc. | | None | J | T | Buy (add'l) | 01/11/16 | J | | |
| 238. | | | | | Buy (add'l) | 04/19/16 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 240. Nuance Communications Inc. | | None | J | T | Sold (part) | 06/01/16 | J | A | |
| 241. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 242. Nucor Corp | A | Dividend | J | T | Sold (part) | 06/01/16 | J | | |
| 243. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 244. Nuveen Santa Barbara Div Gr 1 | A | Dividend | J | T | Buy (add'l) | 10/04/16 | J | | |
| 245. Oracle Corp | A | Dividend | J | T | | | | | |
| 246. O'Reilly Automotive New | | None | J | T | | | | | |
| 247. Packaging Corp | A | Dividend | J | T | Sold (part) | 06/10/16 | J | | |
| 248. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 249. | | | | | Sold (part) | 12/19/16 | J | A | |
| 250. Paychex, Inc. | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 251. Parnassus Mid Cap | A | Dividend | J | T | | | | | |
| 252. Pentair | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | |
| 253. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 254. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 255. Pepsico common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Pfizer Inc. | A | Dividend | J | T | Buy (add'l) | 03/21/16 | J | | |
| 257. | | | | | Sold (part) | 08/03/16 | J | A | |
| 258. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 259. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 260. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 261. Phillips 66 | A | Dividend | J | T | Buy (add'l) | 05/16/16 | J | | |
| 262. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 263. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 264. Praxair, Inc. common | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 265. Priceline Grp New | | None | J | T | | | | | |
| 266. Principal Mid Cap (PMCPX) | B | Dividend | L | T | Buy | 06/01/16 | L | | |
| 267. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 268. Prudential Jennison Nat Res (PNRZX) | A | Dividend | | | Buy (add'l) | 04/19/16 | J | | |
| 269. | | | | | Sold | 10/31/16 | K | | |
| 270. Prudential Short Term Corp Bond Z | A | Dividend | J | T | | | | | |
| 271. Regeneron Pharmaceuticals | | None | J | T | Buy (add'l) | 12/23/16 | J | | |
| 272. | | | | | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Reynolds American | A | Dividend | J | T | Sold (part) | 03/24/16 | J | A | |
| 274. | | | | | Sold (part) | 03/28/16 | J | A | |
| 275. | | | | | Sold (part) | 07/18/16 | J | A | |
| 276. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 277. Sandisk Corp. | A | Dividend | | | Redeemed | 05/13/16 | J | A | |
| 278. Schwab Advisor Cash Reserve Fund | A | Interest | J | T | | | | | |
| 279. Schlumberger Ltd | A | Dividend | J | T | Buy | 04/20/16 | J | | |
| 280. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 281. Seagate TechnologyPLC | A | Dividend | J | T | Buy (add'l) | 04/19/16 | J | | |
| 282. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 283. Starbucks Corp | A | Dividend | J | T | | | | | |
| 284. Starz Ser. A | | None | | | Redeemed | 12/12/16 | J | A | |
| 285. Stericycle,Inc. common | | None | J | T | | | | | |
| 286. TE Connectivity | A | Dividend | J | T | Buy (add'l) | 01/05/16 | J | | |
| 287. | | | | | Buy (add'l) | 01/06/16 | J | | |
| 288. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 289. | | | | | Buy (add'l) | 06/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 291. The Mosaic Co (Holding Co) | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 292. Thornburg Intl Value Fund | A | Dividend | | | Sold (part) | 01/11/16 | J | | |
| 293. | | | | | Sold | 04/19/16 | K | | |
| 294. TJX Cos New | A | Dividend | J | T | | | | | |
| 295. Twitter Inc. | | None | J | T | Buy (add'l) | 01/11/16 | J | | |
| 296. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 297. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 298. | | | | | Buy (add'l) | 01/15/16 | J | | |
| 299. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 300. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 301. Tyco Intl PLC | A | Dividend | | | Buy (add'l) | 02/24/16 | J | | |
| 302. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 303. | | | | | Sold | 06/01/16 | J | A | |
| 304. Union Pacific common | A | Dividend | J | T | Buy (add'l) | 08/03/16 | J | | |
| 305. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 306. | | | | | Sold (part) | 12/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  UnitedHealth Group | A | Dividend | J | T | Sold (part) | 06/01/16 | J | A | |
| 308. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 309. | | | | | Sold (part) | 11/18/16 | J | A | |
| 310.  Van Eck Emrg Mkts | A | Dividend | | | Sold | 06/28/16 | J | | |
| 311.  Vanguard Growth Index Fund | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 312.  Vanguard Short Term Bond ETF | A | Dividend | J | T | Sold (part) | 06/09/16 | J | | |
| 313.  Verizon Communications common | A | Dividend | J | T | Buy (add'l) | 03/24/16 | J | | |
| 314. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 315. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 316.  Vertex Pharmaceuticals | | None | J | T | Buy (add'l) | 01/11/16 | J | | |
| 317. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 318. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 319. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 320. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 321.  V F Corp. | A | Dividend | J | T | Sold (part) | 08/03/16 | J | | See Part VIII, note 7. |
| 322. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 323. | | | | | Buy (add'l) | 12/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 23 of 26

Name of Person Reporting

O'Toole, George A.

Date of Report

12/27/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Virtus Insight Emrg Mkts (HIEMX) | A | Dividend | K | T | Buy (add'l) | 04/19/16 | J | | |
| 325.  Visa Inc. Cl A | A | Dividend | J | T | | | | | |
| 326.  Voya Global RE (IGLIX) | A | Dividend | K | T | | | | | |
| 327.  Walt Disney Co Holding Co | | None | J | T | Buy (add'l) | 01/08/16 | J | | |
| 328. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 329. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 330.  WCM Focused Intl Growth | | None | J | T | | | | | |
| 331.  Weatherford Intl | | None | J | T | Buy (add'l) | 01/11/16 | J | | |
| 332. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 333. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 334. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 335.  WEC Energy Group Inc. | A | Dividend | J | T | Sold (part) | 07/01/16 | J | A | |
| 336. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 337.  Wells Fargo & Co New | A | Dividend | J | T | Sold (part) | 01/08/16 | J | | |
| 338. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 339. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 340. | | | | | Buy (add'l) | 10/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 342. | | | | | Sold (part) | 12/16/16 | J | | |
| 343. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 344. Wells Fargo & Co 6% Series V | A | Dividend | M | T | Sold (part) | 10/17/16 | J | A | |
| 345. | | | | | Buy (add'l) | 12/20/16 | M | | |
| 346. Western Digital Corp | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | |
| 347. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 348. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 349. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 350. | | | | | Sold (part) | 06/01/16 | J | | |
| 351. Whirlpool Corp | A | Dividend | J | T | Buy (add'l) | 01/22/16 | J | | |
| 352. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 353. | | | | | Sold (part) | 12/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 12/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The trust identified in Part I is a family trust. All the assets held in the trust are reported individually in Part VII but are not specifically identified in that Part to the trust.

2. Ace Ltd. merged with Chubb. See line 75. Holdings and transactions are reported under Chubb.

3. Adient Plc was a spin-off from Johnson Controls. The asset was disposed of as reported at line 7.

4. EMC Corp. was acquired by Dell Technologies, a privately held company, and the stock was redeemed. The redemption value was J, with a gain of A.

5. See notes 2 and 6 to Amended Report for 2015 filed October 25, 2016. In the transfer of management of assets between advisers that occurred at the end of 2014 and the beginning of 2015, some assets were simply transferred, some were sold by the prior adviser and cash was trasnsferred, which the successor adviser then invested in new assets. Driehause Emerging Markets (this report line 119) was carried in last year's report as if transferred, but on further investigation, from available records it appears that asset was liquidated by the prior adviser and the cash proceeds were transferred. It appears that the sale occurred in early January 2015, similar to the assets reported in note 6 to the 2015 Report. From a comparison of the respective per share/unit purchase prices for this asset and the share/unit price in early January 2015, it appears that the market value of the sale transaction was J. Based on the same comparison, there was no gaine. In my original report for 2016 filed in May, I identified shares in Merger Fund (MERIX) as having likely been disposed of in a similar way. I have since discovered that those shares were not disposed of and are currently, and have been continuously held.

6. The entry for this asset in the Report for 2015 at line 353, column D.1 should have indicated "sold in part," rather than "sold."

7. V F Corp., reported beginning at line 320, was acquired in 2015 but inadvertantly omitted from the Report for that year. It was bought 05/01/2015 at a market value of J. It paid dividends in 2015 valued at A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George A. O'Toole**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544